**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ALEX DEMETRIUS MCMILLIAN,** | : | |
| **Petitioner,** | : | |
| **vs.** | : | **CIV. ACT. NO. 1:18-cv-369-TFM-N** |
| **MARY COOKS,** | : | |
| **Respondent.** | : | |

**ORDER**

Pending before the Court is the Report and Recommendation of the Magistrate Judge. *See* Doc. 12, filed 11/16/18). Plaintiff filed his objections on November 26, 2018. *See* Doc. 13. After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that McMillian's petition for habeas corpus relief under 28 U.S.C. § 2254 is **DISMISSED with prejudice**. Additionally, the remaining motions (Docs. 2, 8, 10) are denied as moot. It is further **ORDERED** that McMillian is **DENIED** a Certificate of Appealability in relation to this final adverse order. Finally, the Court certifies that any appeal of this order would be without merit and therefore not taken in good faith. Therefore, McMillian is not entitled to proceed in forma pauperis on appeal.

A final judgment shall be entered separately.

**DONE** and **ORDERED** this 28th day of December, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT COURT